MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
PEDRO FERREL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-0156-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| PEDRO FERREL, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, PEDRO FERREL, by and through his counsel, hereby agree and stipulate to continue the sentencing hearing in this matter, which is currently set for December 2, 2019. In support thereof, the parties stipulate that:

1. Sentencing in this matter is currently set for December 2, 2019.

2. The Presentence Investigation Report (PSR) was issued and filed with the Court on October 15, 2019. Defense counsel requires additional time to obtain documents to support a sentencing recommendation and prepare a sentencing memorandum for the Court's consideration.

3. For the foregoing reasons, the parties agree to continue sentencing until January 21, 2020 at 10 am.

IT IS SO STIPULATED.

Dated: November 26, 2019

By: /s/ MONICA L. BERMUDEZ
      MONICA L. BERMUDEZ
      Counsel for Defendant
      Pedro Ferrel

Dated: November 26, 2019

/s/ MELANIE ALSWORTH
MELANIE ALSWORTH
Assistant United States Attorney

## O R D E R

IT IS ORDERED that sentencing in this matter is continued from December 2, 2019, to January 21, 2020, at 10 am.

IT IS SO ORDERED.

Dated: **November 26, 2019**

_____
UNITED STATES DISTRICT JUDGE